IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Maratto Jr, Frank A

Printed: 5/13/08

Case Number: 05 B 03508
Judge: Wedoff, Eugene R
Filed: 2/3/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: May 9, 2008
Confirmed: March 17, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 18,000.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 15,178.86 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,900.00 |
| Trustee Fee: |  | 921.14 |
| Other Funds: |  | 0.00 |
| Totals: | 18,000.00 | 18,000.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,900.00 | 1,900.00 |
| 2. | ECast Settlement Corp | Unsecured | 3,289.08 | 4,533.40 |
| 3. | T Mobile USA | Unsecured | 94.92 | 130.83 |
| 4. | National Capital Management | Unsecured | 823.96 | 1,135.66 |
| 5. | Resurgent Capital Services | Unsecured | 328.25 | 452.48 |
| 6. | Capital One | Unsecured | 344.53 | 474.95 |
| 7. | Cavalry Portfolio Services | Unsecured | 6,131.72 | 8,451.54 |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 10. | Axsys National Bank | Unsecured |  | No Claim Filed |
| 11. | Applied Systems | Unsecured |  | No Claim Filed |
| 12. | Citibank | Unsecured |  | No Claim Filed |
| 13. | City Of Chicago | Unsecured |  | No Claim Filed |
| 14. | Advanced Dental Care | Unsecured |  | No Claim Filed |
| 15. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 16. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 17. | Fingerhut Corporation | Unsecured |  | No Claim Filed |
| 18. | Dr Gilberto Munoz | Unsecured |  | No Claim Filed |
| 19. | Resurrection Medical | Unsecured |  | No Claim Filed |
| 20. | Voice Stream Wireless | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 12,912.46 | $ 17,078.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 41.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Maratto Jr, Frank A

Printed: 5/13/08

Case Number: 05 B 03508
Judge: Wedoff, Eugene R
Filed: 2/3/05

|       |        |
|-------|--------|
| 3%    | 23.19  |
| 5.5%  | 340.18 |
| 5%    | 72.83  |
| 4.8%  | 144.42 |
| 5.4%  | 298.85 |
|       | _____ |
|       | $ 921.14 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

